C. Brooks Cutter, SBN 121407
Eric J. Ratinoff, SBN 166204
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-448-9800
Facsimile: 916-669-4499

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALFRED M. THOMSEN and JOANNE THOMSEN,<br><br>                    Plaintiffs,<br><br>vs.<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC.; TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; TAKEDA SAN DIEGO, INC.; TAKEDA PHARMACEUTICALS COMPANY LIMITED; ELI LILLY AND COMPANY; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. 2:12-cv-00017-GEB-DAD<br><br>**PROPOSED ORDER GRANTING VOLUNTARY DISMISSAL**<br>[Fed. R. Civ. P. 41(a)(2)]<br><br>Date:        February 6, 2012<br>Time:       9:00 a.m.<br>Courtroom: 10<br>Judge:       Garland E. Burrell, Jr.<br><br>Complaint Filed:  December 8, 2011 |

IT IS HEREBY ORDERED that the Complaint shall be dismissed without prejudice.

**Date: 1/5/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

-1-

Proposed Order Granting Voluntary Dismissal

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Proposed Order on Motion Requesting Court Order Granting Voluntary Dismissal